No. 255. MISSOURI PACIFIC RAILROAD Co. *v.* COOK. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Josh H. Groce* for petitioner.

No. 287. DEWITT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion certiorari should be granted. *W. C. Peticolas* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 312. GENTRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Raymond Kyle Hayes* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 314. MATES *v.* UNITED STATES. The motion to proceed on typewritten petition is granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. MR. JUSTICE STEWART took no part in the consideration or decision of this motion and application. *Phillip Bartell* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 57, Misc. CARTER *v.* NEW YORK. County Court of Wyoming County, New York. Certiorari denied.

No. 79, Misc. AKERS *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.